JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAUREEN MCDERMOTT,**<br><br>    **Petitioner,**<br><br>  v.<br><br>**DEBORAH K. JOHNSON,**<br>**Warden, Central California**<br>**Women's Facility,**<br><br>    **Respondent.** | **Case No. CV 04-0457 DOC**<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

Pursuant to the Order re: Petitioner's Brief re: Application of 28 U.S.C. § 2254(d) and the Order Denying Relief on Remaining Claims,

IT IS HEREBY ORDERED AND ADJUDGED that the First Amended Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

The Clerk is ordered to enter this judgment.

IT IS SO ORDERED.

Dated: August 15, 2017

                     _/s/ David O. Carter_
                     DAVID O. CARTER
                     United States District Judge